IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA THORP,

    Petitioner,

v.                                                                             CASE NO. 5:04-cv-303-LC-AK

BUREAU OF PRISONS,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

After Petitioner failed to take any action in this case, the Court, on February 3, 2005, ordered Petitioner to show cause no later than March 7, 2005, why the undersigned should not recommend to the district judge that this case be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to obey an order of the Court and for failure to prosecute this action.  Doc. 4.

To date, Petitioner has taken no additional action in this case, and thus, the undersigned has no hesitation in recommending dismissal.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this __15th__ day of March, 2005.

                                        **s/ A. KORNBLUM**
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**